**FILED**
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERNESTO ALONSO<br>    HERNANDEZ-TOLOSA (1),<br>MARCO JULIO RICO-LOPEZ (2),<br><br>        Defendants. | Criminal Case No. 08CR1959-W<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about May 15, 2008, within the Southern District of California, defendants ERNESTO ALONSO HERNANDEZ-TOLOSA and MARCO JULIO RICO-LOPEZ, did knowingly and intentionally import approximately 10.28 kilograms (22.66 pounds), of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 12, 2008 .

KAREN P. HEWITT
United States Attorney

*[signature]*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
6/12/08