AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MARCO JULIO RICO-LOPEZ | CASE NUMBER: 08mj08428-PCL<br>08CR1959-W |

I, __MARCO JULIO RICO-LOPEZ__, the above named defendant, who is accused of committing the following offense:

> Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/12/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Marco Julio Rico López
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer