# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Marco Julio Rico-Lopez )
)
)

CASE NUMBER **08CR1959W**

ABSTRACT OF ORDER

Booking No. **06308298**

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of **7-21-08**
the Court entered the following order:

**X** ____ Defendant be released from custody.
____ Defendant placed on supervised / unsupervised probation / supervised release.
____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
____ Defendant released on $_____ bond posted.
____ Defendant appeared in Court. FINGERPRINT & RELEASE.
____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
**X** ____ Defendant sentenced to TIME SERVED, supervised release for **2** years.
____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.
____ Bench Warrant Recalled.
____ Defendant forfeited collateral.
____ Case Dismissed.
____ Defendant to be released to Pretrial Services for electronic monitoring.
____ Other._____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR., Clerk
by _C. Trimble_
Deputy Clerk

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY